PER CURIAM.
Affirmed. See Biscayne Boulevard Properties, Inc. v. Graham, 65 So.2d 858 (Fla.1953); Hutchens v. Weinberger, 452 So.2d 1024 (Fla. 4th DCA 1984); Johnson v. Davis, 449 So.2d 344 (Fla. 3d DCA 1984); Armbruster v. Alvin, 437 So.2d 725 (Fla. *216 3d DCA 1983), pet. for rev. denied, 450 So.2d 485 (Fla.1984); Bert Smith Oldsmobile, Inc. v. Franklin, 400 So.2d 1235 (Fla. 2d DCA 1981); Haendel v. Paterno, 388 So.2d 235 (Fla. 5th DCA 1980).